IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY MYLES,

      Appellant,

v.

WARDEN SLOAN CENTURY
CORR INST,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0646

Opinion filed September 15, 2016.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Henry Myles, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel,
Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. See Sprint v. Parole Comm'n, 933 So. 2d 1218 (Fla. 1st DCA
2006).

LEWIS, WETHERELL, and JAY, JJ., CONCUR.